Manuel Moniz
vs.    } Law No.1704
United Elec. Rys. Co.
May 13, 1926

WALSH, J.   Plaintiff was a passenger in an automobile which collided with a car of defendant on the Apponaug-Clyde road in Warwick. The electric car was going south out of a private right of way into the public highway.  The automobile was proceeding easterly along said highway.  The street car track came from the right of way and led across the highway at a very sharp right curve into the main track which was placed on the extreme southerly edge of the highway.  The collision took place at some point at or about the intersection of the south track with the east and west track.

The questions of contributory negligence of the passenger in the automobile and the negligence of the oper-

ator of the electric car were explained as fully as we were able to explain them to the jury and we feel that the jury understood our instructions and applied them to the facts. The answers were matters wholly within the province of the jury and we feel that there was sufficient evidence to justify the verdict.

Motion for new trial denied.

For Plaintiff: Quinn, Kernan & Quinn.

For Defendant: Clifford Whipple and Earl A. Sweeney.

